FILED
07 JUN 28 AM 9:01
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ARTURO ZAVALA,<br><br>　　　　　Defendant. | Criminal Case No. 06CR2286BEN<br><br>ORDER AUTHORIZING ADDITIONAL INTERPRETER EXPENSES<br><br>[18 U.S.C. §3006A(a)] |

　　On considering the application of NELLIE YANEZ for additional interpreter fees and good cause appearing therefore;

　　**IT IS HEREBY ORDERED** that additional interpreter fees in the above-entitled matter is authorized in an amount not to exceed $355.00. This is in addition to the initial allotment of $500.00 for a total of $855.00 for interpreter fees.

　　**IT IS FURTHER ORDERED** that **only the application** be sealed in its entirety

Dated:

_____
UNITED STATES DISTRICT COURT JUDGE